UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

_____

KUSHAWN S. MILES,

        Plaintiff,                   Case No. 2:21-cv-30

v.                                     Honorable Paul L. Maloney

CONNIE THOMPSON et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   March 31, 2021                         /s/ Paul L. Maloney
                                                   Paul L. Maloney
                                                   United States District Judge